UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARLEEN LINDA NUNES,<br><br>　　　　Plaintiff,<br>　v.<br>JOSEPH EATON,<br><br>　　　　Defendant. | Case No. 3:25-cv-00272-ART-CSD<br><br>ORDER |

Plaintiff Arlene Linda Nunes brings this action against Defendant Joseph Eaton for possession of residential property. Defendant filed a notice of removal without attaching a copy of the complaint in the action he sought to remove. (ECF No. 1.) This Court entered an order giving Defendant until August 28, 2025, to file a copy of the complaint as a supplement to the notice of removal, warning defendant that failure to do so may result in the remand of this action to the state court. (ECF No. 4.) It appears that at least for some time, the order was undeliverable to the Defendant. (ECF No. 5.)

On August 29, 2025, Magistrate Judge Craig L. Denney issued a Report and Recommendation ("R&R") (ECF No. 6) recommending that the action be remanded to the state court for failure to include "a copy of all process, pleadings, and orders served upon" the plaintiff in the action sought to be removed, including the complaint. See 28 U.S.C. § 1446(a); *Kuxhausen v. BMW Fin. Servs. NA LLC*, 707 F.3d 1136, 1142 (9th Cir. 2013). Because the Defendant may not have received the August 28, 2025, order, the Court orders Defendant to file all proper documents for his notice of removal by November 5, 2025. Should Defendant fail to cure his filing, this Court will remand the action to state court

per Judge Denney's prior recommendation.

I. **Conclusion**

It is ordered that the Defendant have until November 5, 2025, to cure his notice of removal.

Dated this 21st day of October, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE