UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARLEEN LINDA NUNES,<br><br>　　　　Plaintiff,<br>　v.<br>JOSEPH EATON,<br><br>　　　　Defendant. | Case No. 3:25-cv-00272-ART-CSD<br><br>ORDER |

Plaintiff Arlene Linda Nunes brings this action against Defendant Joseph Eaton for possession of residential property. Defendant filed a notice of removal without attaching a copy of the complaint in the action he sought to remove. (ECF No. 1.) This Court entered an order giving Defendant until August 28, 2025, to file a copy of the complaint as a supplement to the notice of removal, warning defendant that failure to do so may result in the remand of this action to the state court. (ECF No. 4.) It appears that at least for some time, the order was undeliverable to the Defendant. (ECF No. 5.)

On August 29, 2025, Magistrate Judge Craig L. Denney issued a Report and Recommendation ("R&R") (ECF No. 6) recommending that the action be remanded to the state court for failure to include "a copy of all process, pleadings, and orders served upon" the plaintiff in the action sought to be removed, including the complaint. *See* 28 U.S.C. § 1446(a); *Kuxhausen v. BMW Fin. Servs. NA LLC*, 707 F.3d 1136, 1142 (9th Cir. 2013). This Court issued an Order on October 21, 2025, telling Defendant to cure his notice of removal by November 5, 2025. (ECF No. 7.)

Under the Federal Magistrates Act, a court "may accept, reject, or modify,

1

1 in whole or in part, the findings or recommendations made by [a] magistrate
2 judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's
3 report and recommendation, then the court is required to "make a *de*
4 *novo* determination of those portions of the [report and recommendation] to which
5 objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any
6 review at all . . . of any issue that is not the subject of an objection." *Thomas v.*
7 *Arn*, 474 U.S. 140, 149 (1985). Plaintiff has not filed an objection to the
8 magistrate judge's R&R and his time to do so has now expired. (ECF No. 6.)

Because Defendant has failed to cure in the time provided, the Court adopts Judge Denney's R&R and remands the action to state court.

I. **Conclusion**

It is therefore ordered that the Report and Recommendation (ECF No. 6) is ADOPTED.

It is further ordered that this action is remanded to state court.

Dated this 2nd day of December, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE